

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dan Dipprey, Curtis Priddy, Ken Hill, Ken Hill Investment Group, Inc., Walt Leutwyler, Bryan Harveston, William C. Wageneck, Stanley Jerry Brasher, Cheryl D. Brasher, Ray Lunger, Steven Ware, Chris O. Knox, C. Wayne Parks, Daniel J. Dziuba, Samuel K. Howard, Ruth M. Howard, Byrom J. Smith, III, Malibu L.P., Steve Janicek, Jeffrey Coolidge, Ginger Coolidge, Tony W. Docken, Terry Test, William E. Walker, II, Steven D. Helling, Douglas M. Boston, Thomas Scheidel, Carol Scheidel, Terry Zenoble, Sarah Zenoble, James R. Peek, Trimerica Corp., and The Cliffs Property Owners' Association, Inc.

\* From the 29th District Court
 of Palo Pinto County,
 Trial Court No. C47833

Vs. No. 11-19-00250-CV

\* October 21, 2021

Double Diamond, Inc., Double Diamond Utilities Co., Double Diamond Management Corp., Double Diamond-Delaware, Inc., Cliffs Club Corp., Cliffs Dining Corp., Cliffs Hotel Corp., Cliffs Golf, Inc., Cliffs Marina, Inc., R. Mike Ward, and Randy Gracy,

\* Opinion by Bailey, C.J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below.  Therefore, in accordance with this court's opinion,

we reverse the judgment of the trial court to the effect that the development period is not ripe for adjudication. We render judgment that The Cliffs are no longer in the development period, and we remand all issues concerning the effect of Section 209.0041 of the Texas Property Code on the governance of The Cliffs Property Owners' Association, Inc. to the trial court for further proceedings. We also reverse the trial court's award of no attorney's fees to Dan Dipprey, Curtis Priddy, Ken Hill, and Ken Hill Investment Group, Inc. for their claims under the Texas Citizens Participation Act and remand the issue of Dan Dipprey's, Curtis Priddy's, Ken Hill's, and Ken Hill Investment Group, Inc.'s reasonable attorney's fees with respect to the TCPA to the trial court for further proceedings. In all other respects, the judgment of the trial court is affirmed. The costs incurred by reason of this appeal are taxed 80% against Appellants and 20% against Appellees.